**LOWENSTEIN SANDLER LLP**
Jennifer Fiorica Delgado
Markiana J. Julceus
One Lowenstein Drive
Roseland, New Jersey 07068
646.414.6962
862.926.2707
jdelgado@lowenstein.com
mjulceus@lowenstein.com
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>ACCUZIP, INC., et al.,<br><br>Defendants. | Civil Action No. 3:24-cv-4383<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT ACCUZIP** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for Defendant, AccupZIP, Inc ("Defendant" or "AccuZIP"), discloses that AccupZIP is a non-governmental corporate party that does not have a parent company and that no publicly held corporation owns 10% or more of AccupZIP's stock.

Defendant is a citizen of Texas, where it is incorporated and has its principal place of business.

-2-

The undersigned understands that under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

Dated:  March 28, 2024

By: */s/ Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
Markiana J. Julceus
One Lowenstein Drive
Roseland, New Jersey 07068
646.414.6962
862.926.2707
jdelgado@lowenstein.com
mjulceus@lowenstein.com
*Attorneys for Defendant AccuZIP, Inc*