**LOWENSTEIN SANDLER LLP**
Jennifer Fiorica Delgado
Markiana J. Julceus
One Lowenstein Drive
Roseland, New Jersey 07068
646.414.6962
862.926.2707
jdelgado@lowenstein.com
mjulceus@lowenstein.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ACCUZIP, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-4383 <br><br> **CERTIFICATE OF SERVICE** |

I, **JENNIFER FIORICA DELGADO**, of full age, do hereby certify as follows:

1. I am a Partner at the firm of Lowenstein Sandler LLP, attorneys for Defendant AccuZIP, Inc. ("Defendant").

2. On March 29, 2024, I caused a true and correct copy of (1) a Notice of Removal, (2) a Civil Cover Sheet, (3) Rule 7.1 Corporate Disclosure Statement, and (4) this Certificate of Service to be electronically filed via the Court's CM/ECF system.

-1-

3.  On March 29, 2024, I will cause a true and correct copy of the above documents

to be served on the following via First Class Mail:

> Rajiv D. Parikh, Esq.
> Kathleen Barnett Einhorn, Esq.
> Genova Burns LLC
> 494 Broad Street
> Newark, New Jersey 07102
>
> John A. Yanchunis, Esq.
> Morgan & Morgan
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602

**LOWENSTEIN SANDLER LLP**

Dated:  March 29, 2024          */s/ Jennifer Fiorica Delgado*
                                                    Jennifer Fiorica Delgado
                                                    Markiana J. Julceus
                                                    One Lowenstein Drive
                                                    Roseland, New Jersey 07068
                                                    646.414.6962
                                                    862.926.2707
                                                    jdelgado@lowenstein.com
                                                    mjulceus@lowenstein.com
                                                    *Attorneys for Defendant*
                                                    *AccuZIP, Inc.*

30806411v.1