# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ACCUZIP, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-4383 <br><br><br> **NOTICE OF APPEARANCE OF MARKIANA J. JULCEUS** |

**PLEASE TAKE NOTICE** that Markiana J. Julceus of Lowenstein Sandler LLP hereby enters her appearance as counsel of record for Defendant, AccuZIP, Inc., in the above-captioned action. Accordingly, Defendant respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Ms. Julceus (mjulceus@lowenstein.com).

Dated: March 29, 2024

By: */s/ Markiana J. Julceus*
Markiana J. Julceus
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: 646.414.6962
Fax: 862.926.2707
mjulceus@lowenstein.com

*Attorneys for Defendant AccuZIP, Inc.*

20112/3
03/29/2024 215890976.1