UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                     **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell         **DOCKET #**   CV 24-4383 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
                v.
ACCUZIP, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  10:00 AM                    Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

                                             s/ *David Bruey*
                                             **DEPUTY CLERK**