UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                      **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4383 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
             v.
ACCUZIP, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:52 PM                         Time Adjourned: 3:53 PM

Total:  2 minutes

                                                          s/ *David Bruey*
                                                          **DEPUTY CLERK**