

|  |  |
|---|---|
| **Markiana J. Julceus**<br>Counsel | One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>**T**: (862) 926-2707<br>**F**: (973) 597-2400<br>**E**: mjulceus@lowenstein.com |

June 10, 2024

<u>VIA ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. AccuZIP* (No. 1:24-cv-4383)
      **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents defendant AccuZIP ("AccuZIP") in the above-referenced matter. We write to advise the Court that AccuZIP joins the Consolidated Motion to Dismiss Brief, Memorandum in Support, and the accompanying Declaration of Serrin Turner in Support of Defendants' Consolidated Motion to Dismiss which will be filed later this evening in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, AccuZIP respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Markiana J. Julceus*
Markiana J. Julceus

cc: Counsel of Record (via ECF)