**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant AccuZip, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* EDWIN MALDONADO, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>ACCUZIP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Case No.: 1:24-cv-04383-HB<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, AccuZip, Inc., in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kory Ann Ferro, Esq.  
GREENSPOON MARDER LLP  
1037 Raymond Blvd, Suite 900  
Newark, New Jersey 07102  
Tel: 732-456-8746  
Fax: 732-957-2314  
Email: KoryAnn.Ferro@gmlaw.com  

DATED: March 6, 2025                     Respectfully submitted,

*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
KoryAnn.Ferro@gmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system.

*/s/ Kory Ann Ferro*
KORY ANN FERRO