**GreenspoonMarder** LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

March 18, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: **Atlas Data Privacy Corp., et al. v. Accuzip, Inc. et al.**
**Case No. 1:24-cv-04383-HB**
**Joinder in Defendants' Consolidated Motion to Dismiss**

Dear Judge Bartle:

This firm represents Defendant Accuzip, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed under Dkt. No. 59 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB, Dkt. No. (TBP) (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*Kelly B. Purcaro*

KELLY PURCARO

Atlanta  Boca Raton  Chicago  Denver  Ft. Lauderdale  Las Vegas  Los Angeles  Miami
Newark  New York  Orlando  Scottsdale  Tallahassee  West Palm Beach

60726997v1