**GreenspoonMarder**LLP

Kelly Purcaro, Partner
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Email: kelly.purcaro@gmlaw.com

November 3, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

  Re: *Atlas Data Privacy Corp., et al. v. Accuzip, Inc. et al.* **(No. 1:24-cv-04383-HB)**
    **Joinder in Defendants' Request to Stay or in the alternative Joint Proposed**
    **Discovery Schedule**

Dear Judge Bartle:

  This firm represents Defendant Accuzip, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the action captioned as *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al* (No. 1:24-cv-04389-HB). For the reasons set forth in the letter, Defendant respectfully requests that a stay be issued by this Court, or in the alternative, that this Court adopt the proposed discovery schedule.

  Thank you for your consideration.

                 Respectfully submitted,

                 *s/ Kelly M. Purcaro*
                 KELLY M. PURCARO