

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.585.5330

November 17, 2025

Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Application for an Extension of Time on Plaintiffs' Responsive Pleading Deadline to Defendants' Counterclaims in:**
**Atlas Data Privacy Corp. et al. v. AccuZIP, Inc., No. 24-04383**
**Atlas Data Privacy Corp. et al. v. Joy Rockwell Enter., Inc., No. 24-04389**
**Atlas Data Privacy Corp. et al. v. Alesco Grp., L.L.C., et al., No. 24-05656**
**Atlas Data Privacy Corp. et al. v. Searchbug, Inc., No. 24-05658**
**Atlas Data Privacy Corp. et al. v. US Data Corp., No. 24-07324**
**Atlas Data Privacy Corp. et al. v. DARKOWL, Inc., No. 24-10600**

Dear Judge Bartle:

We represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1, *a law enforcement officer,* Jane Doe-2, *a law enforcement officer*, Scott Maloney, Justyna Maloney, Edwin Maldonado, Patrick Colligan, Peter Andreyev, and William Sullivan (collectively, "Plaintiffs") in one or more of six matters before the Court.[1]

---

[1] Atlas Data Privacy Corp. et al. v. AccuZIP, Inc., No. 24-04383
Atlas Data Privacy Corp. et al. v. Joy Rockwell Enter., Inc., No. 24-04389
Atlas Data Privacy Corp. et al. v. Alesco Grp., L.L.C., et al., No. 24-05656
Atlas Data Privacy Corp. et al. v. Searchbug, Inc., No. 24-05658
Atlas Data Privacy Corp. et al. v. US Data Corp., No. 24-07324
Atlas Data Privacy Corp. et al. v. DARKOWL, Inc., No. 24-10600
We note that Atlas Data Privacy Corp. et al. v. Labels & Lists, Inc., Inc., No. 24-4174, was part of this Court's November 3, 2025, order, but the request in this letter does not concern that case.

4098232.2

The Court had previously set a schedule for Defendants in Atlas Daniel's Law cases to file answers. Those Defendants have now done so. A small subset of Defendants, as noted in footnote 1, asserted counterclaims against Plaintiffs. We write with the consent of Defendants in these matters to request a 30-day extension of time to file Plaintiffs' motions to dismiss Defendants' counterclaims.

If this extension is granted, Plaintiffs' new deadline to respond to the counterclaims in these matters would be **December 19, 2025**. This is Plaintiffs' first request to extend the time for filing their motion to dismiss.

Plaintiffs request this extension because they need additional time to investigate and research the legal issues presented by multiple Defendants in six separate cases with varying counterclaims among them. Specifically, individualized research will need to be conducted on the Defendants' various theories. The extension will allow Plaintiffs sufficient time to research the legal defenses that apply to the highly unusual fact pattern presented in these six sets of counterclaims.

Good cause therefore exists for the Court to grant Plaintiffs' unopposed application and to extend the deadline to answer, move, or otherwise plead in response to the counterclaims from November 19, 2025 to December 19, 2025. This extension of time to respond will not impact any deadlines or cause any prejudice to the parties. This request is made in good faith and not for dilatory purpose.

Thank you for the Court's consideration of this request

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

*s/ Rajiv D. Parikh*
RAJIV D. PARIKH

DATED: November 17, 2025

HONORABLE HARVEY BARTLE III, U.S.D.J.

4098232.2