| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>One Boland Drive, Suite 101<br>West Orange, New Jersey 07052<br>Telephone (973) 577-5500<br>Emails: rparikh@pemlawfirm.com<br>            keinhorn@pemlawfirm.com<br>            jmerejo@pemlawfirm.com | **BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**<br>Ekwan E. Rhow (*pro hac vice* forthcoming)<br>Elliot C. Harvey Schatmeier (*pro hac vice* forthcoming)<br>Bill L. Clawges (admitted *pro hac vice*)<br>1875 Century Park East, 23rd Fl<br>Los Angeles, California 90067<br>Telephone: (310) 201-2100<br>Email: erhow@birdmarella.com<br>           ehs@birdmarella.com<br>           bclawges@birdmarella.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>        Plaintiffs,<br>v.<br><br>ACCUZIP, INC., et al.,<br><br>        Defendants. | Civ. Action No. 24-04383-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>        Plaintiffs,<br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC., et al.,<br><br>        Defendants. | Civ. Action No. 24-04389-HB |

1

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br> v. <br><br> THE ALESCO GROUP, L.L.C. <br><br> Defendants. | Civ. Action No. 24-05656-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br> v. <br><br> SEARCHBUG, INC. <br><br> Defendants. | Civ. Action No. 24-05658-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br> v. <br><br> US DATA CORPORATION, et al., <br><br> Defendants. | Civ. Action No. 24-07324-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br> v. <br><br> DARKOWL, et al., <br><br> Defendants. | Civ. Action No. 24-10600-HB |

## **OMNIBUS MOTION TO DISMISS COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that on January 20, 2026, or as soon thereafter as counsel may be heard, Plaintiffs and Counterclaim Defendants (collectively "Plaintiffs") in the above-captioned cases, through its undersigned counsel, shall

2

and hereby do move to dismiss with prejudice the counterclaims brought by each of Defendants and Counterclaim Plaintiffs Accuzip Inc., JoyRockwell Enterprises, Inc ("PCM"), The Alesco Group, LLC, Searchbug, Inc., US Data Corporation, and DarkOwl, in their separate counterclaim actions listed above pursuant to Fed. R. Civ. P 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Plaintiffs shall rely on their brief and accompanying supporting papers.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is submitted herewith.

Respectfully submitted,

By: /s/ *Rajiv D. Parikh*
**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
One Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
       keinhorn@pemlawfirm.com
       jmerejo@pemlawfirm.com

**BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Rhow (*pro hac vice* pending)
Elliot C. Harvey Schatmeier (*pro hac vice* pending)

3

1875 Century Park East, 23rd Fl
Los Angeles, California 90067
Telephone: (310) 201-2100
Email: erhow@birdmarella.com
ehs@birdmarella.com

4