```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
      v.                          :
                                  :
ACCUZIP, INC., et al.             :    NO. 24-4383


ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
      v.                          :
                                  :
JOY ROCKWELL ENTERPRISES,         :    NO. 24-4389
INC., et al.                      :


ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
      v.                          :
                                  :
THE ALESCO GROUP, L.L.C.          :    NO. 24-5656


ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
      v.                          :
                                  :
SEARCHBUG, INC.                   :    NO. 24-5658


ATLAS DATA PRIVACY                :    CIVIL ACTION
CORPORATION, et al.               :
                                  :
      v.                          :
                                  :
US DATA CORP., et al.             :    NO. 24-7324
```

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
DARKOWL, LLC, et al.            :       NO. 24-10600
```

ORDER

AND NOW, this 22nd day of December 2025, it is hereby ORDERED that:

(1)  Defendants' letter requests to adjourn the motion day of plaintiffs' motions to dismiss the counterclaims in the above-captioned matters to February 2, 2026 is GRANTED.

(2)  Defendants shall file, on or before January 20, 2026, any briefs in opposition to plaintiffs' motions to dismiss the counterclaims; and

(3)  Plaintiffs shall file, on or before January 26, 2026, any reply briefs in support of their motions to dismiss the counterclaims.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.