UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 7, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**  KIMBERLY WILSON

**TITLE OF CASE:**                            **DOCKET NO.:** 24-4383 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
ACCUZIP, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                              s/Lawrence Macstravic
                                                              Deputy Clerk

Time Commenced: 10:42a.m.     Time Adjourned: 10:44a.m.     Total Time in Court: 0:02