UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

DATE OF PROCEEDINGS:

November 23, 2026

JUDGE: Harvey Bartle III

COURT REPORTER:

OTHERS:

DOCKET NO:

24-cv-4383

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

v.

Accuzip, Inc. et al.

APPEARANCES:

Pls.: Rajiv Parikh
Jessica Merejo
Shoshana Bannett
Sarah Wisniewski

Defs.: Kory Ann Ferro
Kelly Purcaro

NATURE OF PROCEEDINGS:

Telephone call with counsel to discuss status of ESI protocols and discovery.

/s/ Nicole Spicer

Deputy Clerk

Time Commenced: 9:00 a.m. Time Adjourned: 9:05 a.m.